# UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

UNITED STATES OF AMERICA,

v.

Defendant: DAVID George SOCKNAT

APPEARANCE and COMPLIANCE BOND

CASE NUMBER: 1:06 MJ 00299

FILED DEC - 7 2006 CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 20,000 =, and there has been deposited in the Registry of the Court the sum of
$ -0- in cash or N/A (describe other security.)

The conditions of this bond are that the defendant, David Socknat
(Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of condition of defendant's release as may be ordered to notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding or appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 12-6-06 at X Fresno CA.
                        Date                    Place

Defendant: _____     Address (City/State) _____
Surety: Norma Salkah                    Address (City/State) [redacted]
Surety: _____         Address (City/State) Turlock, CA 95382

Signed and acknowledged before me on 12-6-2006
                                       Date

Judicial Officer/Clerk

cc: AUSA, PTS, Fed Defender/Counsel

Approved: _____
          Judicial Officer

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at ~~[redacted]~~ Turlock, CA 95382 My net worth is more than $20,000 ; and that my net worth is the sum of _____ dollars ( $ 20,000 ºº ).

I further state that

_____Norma Silkah_____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on  12-6-2006
                                                      Date

at  U.S. District Court, 2500 Tulare St. Fresno 93721
                              Place

Irma Lira, Deputy Clerk                _____
Name and Title                         Signature of Judicial Officer/Clerk

---

I, the undersigned surety, say that I reside at _____
_____ ; and that my net worth is the sum of
_____ dollars ( $ _____ ).

I further state that

_____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                    Date

at _____
                Place

_____   _____
Name and Title                    Signature of Judicial Officer/Clerk

Justification Approved: _____
                        Judicial Officer